UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60158-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
  Plaintiff,

v.

LARRY BILL ODOM,
  Defendant.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to defendant Larry Bill Odom's motion to suppress evidence, [DE 49], filed on July 22, 2008, and the Government's response thereto, filed August 5, 2008, [DE 55]. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The motion to suppress evidence is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this  6th  day of October, 2008.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA Shanick M. Maynard
Ryon M. McCabe, Esq.